## 36246. SUMPTER v. HART.

The judgment of the trial court is affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED MAY 16, 1980 — DECIDED SEPTEMBER 17, 1980 — REHEARING DENIED OCTOBER 7, 1980.

*Sherman S. Barge,* for appellant.
*Andrew Bips,* for appellee.